## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>  Plaintiff,<br><br>            v.<br><br>FX LATINO INC., *et at*,<br>  Defendant. | CASE NO. 23-cv-1065 (GMM)<br><br>COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF, RESTITUTION, AND CIVIL, MONETARY PENALTIES UNDER THE COMMODITY EXCHANGE ACT AND COMMISSION REGULATIONS |

### MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT OR FILE RULE 12(b) MOTIONS

**TO THE HONORABLE COURT:**

COMES NOW Defendant HECTOR JAVIER SANTOS-PAGAN, through the undersigned counsel, and respectfully states and prays:

1.  Mr. Santos-Pagán was served with the summons and complaint on March 6, 2023. His response to the complaint is due on March 27, 2023.

2.  The complaint is a 29-page document alleging purported violations to the Commodity Exchange Act which is not a frequent litigated topic.

3.  The undersigned was recently retained to represent Mr. Santos-Págan.

4.  The complaint is under evaluation and the applicable defenses are been researched. A 30-day extension is requested to determine how to better proceed, including by filing a response to the complaint, filing motions under Fed.R.Civil.Proc. 12(b) or any other type of motion.

5.      No other defendant has appeared on the record and, by information and belief, not all defendants have been served with the complaint. The requested extension of time is made in good faith to properly defend Mr. Santos-Pagán from the claimed wrongdoing in the complaint and will not unduly delay the case proceedings. Moreover, even though plaintiff is requesting injunctive relief, the complaint does not imply that the conduct that purportedly violated the Commodity Exchange Act is still ongoing and, in fact, the complaint allegations show that plaintiff's cause of action is grounded on non-recurring conduct. The requested extension will not cause prejudice to any party.

**WHEREFORE**, the defendant HECTOR JAVIER SANTOS-PAGAN prays this Honorable Court grant this motion.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, on this 22nd day of March, 2023

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**KENDYS PIMENTEL-SOTO
LAW OFFICE LLC**
PO Box 270184
San Juan, PR 00927-0184
Tel.: (787) 370-0091

*s/ Kendys Pimentel-Soto*
**KENDYS PIMENTEL-SOTO**
USDC-PR 226704
*kendyspimentel@yahoo.com*