## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>  Plaintiff,<br><br>   v.<br><br>FX LATINO INC., *et at*,<br>  Defendant. | CASE NO. 23-cv-1065 (GMM)<br><br>COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF, RESTITUTION, AND CIVIL, MONETARY PENALTIES UNDER THE COMMODITY EXCHANGE ACT AND COMMISSION REGULATIONS |

### MOTION FOR EXTENSION OF TIME
### TO ANSWER COMPLAINT OR FILE RULE 12(b) MOTIONS

**TO THE HONORABLE COURT:**

COMES NOW Defendants HECTOR JAVIER SANTOS-PAGAN and INFINITY INVESTMENT AND CONSTRUCTION MANAGEMENT CORP., through the undersigned counsel, and respectfully states and prays:

1. The appearing parties are discussing the allegations in the complaint with plaintiff and agreed to deliver certain information to plaintiff in an effort to reduce litigation in this case.

2. It is requested an extension of 45 days to conclude conversations with plaintiff.

3. Plaintiff has no objection to this request.

**WHEREFORE**, the defendant HECTOR JAVIER SANTOS-PAGAN prays this Honorable Court grant this motion.

**RESPECTFULLY SUBMITTED**.

At San Juan, Puerto Rico, on this 20th day of June, 2023

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**KENDYS PIMENTEL-SOTO**
**LAW OFFICE LLC**
PO Box 270184
San Juan, PR 00927-0184
Tel.: (787) 370-0091


*s/ Kendys Pimentel-Soto*
**KENDYS PIMENTEL-SOTO**
USDC-PR 226704
*kendyspimentel@yahoo.com*

2