UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>FX LATINO INC., FXL INVESTMENT PR LLC, RAMON SALVADOR DELGADO-GOMEZ, A/K/A RAMON S. GOMEZ, WALMY RIVERA-SANTIAGO, HECTOR JAVIER SANTOS-PAGAN, JRH SERVICES, INC., AND INFINITY INVESTMENT AND CONSTRUCTION MANAGEMENT CORP.,<br><br>**Defendants.** | Case No. 3:23-cv-01065-GMM |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of October 17, 2023 (Dkt. #53), Plaintiff Commodity Futures Trading Commission ("CFTC") and Defendants Walmy Rivera-Santiago ("Rivera"), Hector Javier Santos-Pagan ("Santos"), JRH Services, Inc. ("JRH"), and Infinity Investment and Construction Management Corp. ("Infinity") (collectively, "Defendants") hereby submit the following Joint Status Report concerning their efforts to reach a settlement of this matter.

The parties have engaged in discussions regarding settlement over the past several weeks. Initially, these discussions yielded agreement on several components of a potential settlement; however, the parties continue to disagree regarding the amount of a proposed civil monetary penalty. The parties have exchanged figures, but the gap between these figures remains wide.

Over the past week, a new source of disagreement has arisen between the parties as to the form a settlement would take. The CFTC requires that any settlement between the parties be in the form of a proposed consent order that would be submitted to the Court. This proposed consent order would make findings of fact and conclusions of law and impose the sanctions agreed to by the parties. While Defendants are willing to agree to certain sanctions as part of a negotiated settlement (i.e., a permanent injunction, a ban on trading and registration, and a civil monetary penalty to the extent an agreement can reached on its amount), they are not willing to agree to a settlement that includes the Court making findings of fact and conclusions of law tracking the allegations of the CFTC's Complaint.

In light of these current disagreements, the parties have reached an impasse in their attempts to reach a settlement.

Respectfully Submitted,

*/s/ Alan Edelman*

_____
Alan I. Edelman
Government Attorney No. G03803
Senior Trial Attorney
aedelman@cftc.gov
Aimée Latimer-Zayets
Chief Trial Attorney
alatimerzayets@cftc.gov
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone: (202) 418-5325 (Edelman)
Telephone: (202) 418-7626 (Latimer-Zayets)
Attorneys for Plaintiff

*/s/ Jacabed Rodriguez-Coss*

_____
Jacabed Rodríguez-Coss, Esq.
USDC-PR No. 207309

500 Calle de la Tanca, Ste. 401
San Juan, Puerto Rico 00901-1969
Jacabed.rodriguez-coss@us.dlapiper.com
Tel: 203-399-3465
Attorney for Defendants Walmy Rivera Santiago
and JRH Services, Inc.


*/s/ Kendys Pimentel Soto*
_____
Kendys Pimentel Soto, Esq.
USDC-PR No. 226704
PO Box 270184
San Juan, Puerto Rico 00927-0184
Tel. (787) 370-0091
Attorney for Defendants Hector Javier Santos-Pagan and Infinity Investment and Construction Management Corp.

Dated: November 17, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of November 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties or counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

1.     Jacabed Rodríguez-Coss
   500 Calle de la Tanca, Ste. 401
   San Juan, PR 00901-1969
   Attorney for Walmy Rivera-Santiago
   (via CM/ECF)

2.     Kendys Pimentel Soto
   315 Ave. Domenech Suite 3
   PO Box 270184
   San Juan, PR 00927-0184
   Attorney for Hector Javier Santos-Pagan and Infinity Investment Management
   & Construction Corp.
   (via CM/ECF)

                                              */s/ Alan Edelman*