UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FX LATINO INC., FXL INVESTMENT PR LLC, RAMON SALVADOR DELGADO-GOMEZ, A/K/A RAMON S. GOMEZ, WALMY RIVERA-SANTIAGO, HECTOR JAVIER SANTOS-PAGAN, JRH SERVICES, INC., AND INFINITY INVESTMENT AND CONSTRUCTION MANAGEMENT CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:23-cv-01065-GMM |

**SECOND JOINT STATUS REPORT**

Pursuant to the Court's Order of October 17, 2023 (Dkt. #53), Plaintff Commodity Futures Trading Commission ("CFTC") and Defendants Walmy Rivera-Santiago, Hector Javier Santos-Pagan, JRH Services, Inc., and Infinity Investment and Construction Management Corp. (collectively, "Defendants") hereby submit the following Joint Status Report concerning their efforts to reach a settlement of this matter.

In their Joint Status Report of November 17, 2023 (Dkt. #54), the parties reported that they had reached an impasse in their attempts to reach a settlement. The parties have had no further discussions since that time.

In light of the current impasse, the parties believe that referral of this matter to a magistrate judge for mediation could be helpful.

1

Respectfully Submitted,

/s/ Alan Edelman
_____

Alan I. Edelman
Government Attorney No. G03803
Senior Trial Attorney
aedelman@cftc.gov
Aimée Latimer-Zayets
Chief Trial Attorney
alatimerzayets@cftc.gov
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone: (202) 418-5325 (Edelman)
Telephone: (202) 418-7626 (Latimer-Zayets)
Attorneys for Plaintiff


/s/ Jacabed Rodriguez-Coss
_____

Jacabed Rodríguez-Coss, Esq.
USDC-PR No. 207309
500 Calle de la Tanca, Ste. 401
San Juan, Puerto Rico 00901-1969
Jacabed.rodriguez-coss@us.dlapiper.com
Telephone: 203-399-3465
Attorney for Defendants Walmy Rivera Santiago and JRH Services, Inc.


/s/ Kendys Pimentel Soto
_____

Kendys Pimentel Soto, Esq.
USDC-PR No. 226704
PO Box 270184
San Juan, Puerto Rico 00927-0184
Telephone: (787) 370-0091
Attorney for Defendants Hector Javier Santos-Pagan and Infinity Investment and Construction Management Corp.

Dated: December 15, 2023

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties or counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

1.  Jacabed Rodríguez-Coss
   500 Calle de la Tanca, Ste.
   401 San Juan, PR 00901-1969
   Attorney for Walmy Rivera-Santiago (via CM/ECF)

2.  Kendys Pimentel Soto
   315 Ave. Domenech Suite 3
   PO Box 270184
   San Juan, PR 00927-0184
   Attorney for Hector Javier Santos-Pagan and Infinity Investment Management & Construction Corp.
   (via CM/ECF)

                */s/ Alan Edelman*