AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-01065-GMM-MDM |
| FX Latino, Inc | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commodity Futures Trading Commission                                                           .

Date:    02/12/2024

*Attorney's signature*

Richard A. Glaser, Government Attorney No. G04012
*Printed name and bar number*

Commodity Futures Trading Commission
1155 21st Street, NW
Washington D.C. 20581
*Address*

rglaser@cftc.gov
*E-mail address*

(202) 418-5358
*Telephone number*

(202) 418-5523
*FAX number*